IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GYPSIE JONES,                           NO. CIV.S-05-1126 FCD DAD

    Plaintiff,

  v.                                    <u>ORDER</u>

COSTCO WHOLESALE CORPORATION,

    Defendant.

_____/

    This matter came before the court on April 28, 2006, for hearing on plaintiff's motion to compel site inspection and defendant's cross-motion for protective order.  Jason Singleton appeared on behalf of plaintiff.  Daniel Steinberg appeared on behalf of defendant.

    Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

/////

1. Plaintiff's motion to compel is granted;

2. Defendant's motion for protective order is denied; and

3. The inspection of the public areas of the facility at issue shall occur within a reasonable time and on a date to be agreed upon by the parties.

DATED: April 28, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\jones.oah.042806