1  Jason K. Singleton State Bar #166170
2  SINGLETON LAW GROUP
   611 "L" Street, Suite A
3  Eureka, CA 95501
4  (707) 441-1177
   FAX 441-1533
5  lawgroup@sbcglobal.net

6  Attorney for Plaintiff, GYPSIE JONES

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 GYPSIE JONES,                          )  Case No. CIV-05-1126 FCD DAD
                                          )
12      Plaintiff,                        )  STIPULATION OF DISMISSAL WITH
   v.                                     )  PREJUDICE AND ORDER
13                                        )
   COSTCO WHOLESALE CORPORATION, a        )
14 Washington corporation, dba COSTCO     )
15 #133, and DOES ONE to FIFTY, inclusive,)
                                          )
16      Defendants.                       )
                                          )
17                                        )
                                          )
18 _____

19      Plaintiff GYPSIE JONES and Defendants COSTCO WHOLESALE
20 CORPORATION (collectively "the Parties"), by and through their respective attorneys of
21 record, hereby stipulate as follows:
22      1.   The Parties have entered into a Confidential Settlement Agreement and General
23 Release in this matter whereby they have resolved all claims and agreed to the dismissal of
24 the above-captioned action with prejudice, each party to bear her or its own attorneys fees
25 and costs.
26 ///
27 ///
28 ///

STIPULATION AND ORDER OF DISMISSAL          1                    CIV-O5-1126 FCD DAD

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: August 8, 2006         /s/ Jason K. Singleton
                              Jason K. Singleton, Attorney for
                              Plaintiff, **GYPSIE JONES**

**KRASNOW, SAUNDERS CORNBLATH, LLP**

Dated: August 7, 2006         /s/ Charles A. Valente
                              Charles A. Valente, Attorney for Defendants
                              **COSTCO WHOLESALE CORPORATION**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>JONES vs COSTCO, et al.</u>, Case Number 2:05-CV-1126 FCD DAD, is dismissed with prejudice with each party to bear her or its own attorneys fees and costs.

Dated: August 8, 2006         /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL, JR., JUDGE
                              UNITED STATES DISTRICT COURT